UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00431-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RUDY ELMER SALAZAR,
    a/k/a Rudy Edward Salazar,
    a/k/a Rudy E. Salazar,

    Defendant.
_____

## ORDER
_____

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, December 21, 2007,** and responses to these motions shall be filed by **Friday, January 4, 2008.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday, January 14, 2008, at 2:00 p.m. in courtroom A-1002** It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, January 28, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: December 4, 2007

           BY THE COURT:

           <u>s/ Wiley Y. Daniel</u>
           Wiley Y. Daniel
           U. S. District Judge